# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

CARLIN WASHBURN,

        Plaintiff,

vs.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; DR. JOHN ONYEMA; and DOES 1 through 10,

        Defendant.

2:19-cv-01120-JCM-DJA

**ORDER**

      On February 25, 2020, the Court scheduled a show cause hearing for 11:00 AM PDT, March 23, 2020.

      The Court has reviewed Plaintiff's response to the Order to Show Cause (ECF NO. 14).

      Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the show cause hearing scheduled for 11:00 AM PDT, March 23, 2020, will be conducted by telephone.

      The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

      DATED this 19th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE