James J. Lee, Esq.
NV Bar No. 1909
LEGAL OFFICES OF JAMES J LEE
2620 Regatta Drive #102
Las Vegas, NV 89128
600 W. Broadway St., Suite 920
San Diego, CA 92010
james@leelitigate.com
702-664-6545
702-946-1115 (Fax)

Attorney for Plaintiff, CARLIN WASHBURN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLIN WASHBURN,<br><br>Plaintiff,<br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; DR. JOHN ONYEMA; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:19-cv-01120-JCM-DJA<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff, CARLIN WASBURN ("Plaintiff"), and Defendants, UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("UMC"), by and through their respective counsel of record hereby submit this stipulation to enlarge time for Plaintiff to Oppose Defendant UMC's Motion to Dismiss the First Amended Complaint by 14 days, on grounds that the parties are in settlement discussions and will likely settle this matter prior to the extended deadline. The current deadline for Plaintiff's Opposition is April 6, 2020. The parties stipulate to enlarge Plaintiff's time to respond until April 17, 2020.

Dated: April 3, 2020

Respectfully submitted,

/s/ James Lee
James J. Lee, Esq.
LEGAL OFFICES OF JAMES J LEE
Attorney for Plaintiff, CARLIN WASHBURN

Dated: April 3, 2020

Respectfully submitted,

/s/ F. Thomas Edwards
F. Thomas Edwards
Holley Driggs Walch Fine Puzey Stein & Thompson
Attorney for Defendant, UNIVERSITY MEDICAL CENTER

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2020

# CERTIFICATE OF SERVICE

I am over the age of 18, of sound mind, and counsel in this case for Plaintiff Carlin Washburn. I hereby certify that on this 3th day of April 2020, a true and correct copy of the foregoing **STIPULATION AND PROPSED ORDER ENLARGING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** was served:

[X]  By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

F. Thomas Edwards, Esq.
Jessica M Lujan, Esq.                                          Attorneys for Defendant

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2020, at Las Vegas, Nevada.

/s/ James Lee
James Lee