1  F. THOMAS EDWARDS, ESQ.
   Nevada Bar No. 9549
2  E-mail: tedwards@nevadafirm.com
   JESSICA M. LUJAN, ESQ.
3  Nevada Bar No. 14913
   E-mail: jlujan@nevadafirm.com
4  HOLLEY DRIGGS
   400 South Fourth Street, Third Floor
5  Las Vegas, Nevada 89101
   Telephone:    702/791-0308
6
7  *Attorneys for Defendant University Medical Center of Southern Nevada*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  CARLIN WASHBURN, | CASE NO.:   2:19-cv-01120-JCM-DJA |
| 11                  Plaintiff, | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| 12             v. | |
| 13  UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; DR. JOHN ONYEMA; and DOES 1 through 10, | |
| 15                  Defendants. | |

17   Plaintiff, CARLIN WASHBURN, ("Plaintiff"), by and through her attorney of record,

18  JAMES J. LEE, ESQ., and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN

19  NEVADA ("Defendant"), by and through its attorneys of record, the law firm of HOLLEY

20  DRIGGS, (collectively, the "Parties"), as the only parties to appear in this action, hereby stipulate

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

12384-04/2449730

- 1 -

and agree that this entire action (including all parties, whether served or not) shall be dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated this 28th day of April, 2020.

**LEGAL OFFICES OF JAMES J. LEE**

*/s/ James J. Lee*
JAMES J. LEE, ESQ.
2620 Regatta Dr. Suite 102
Las Vegas, NV 89128

*Attorneys for Plaintiff*

Dated this 28th day of April, 2020

**HOLLEY DRIGGS**

*/s/ F. Thomas Edwards*
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant University Medical Center of Southern Nevada*

**IT IS SO ORDERED.**

DATED  May 1, 2020                .

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
**HOLLEY DRIGGS**

*/s/ F. Thomas Edwards*
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
400 S. Fourth Street, 3rd Floor
Las Vegas NV 89101

*Attorneys for Defendant University Medical Center of Southern Nevada*